The People of the State of Illinois, defendant in error, v. John E. Northup, plaintiff in error. Gen. No. 35,880.

Opinion filed December 13, 1933.

John E. Northup, *pro se.* Benjamin C. Bachrach, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.